127 A.3d 1288

**Aaron FAULK, Petitioner**

v.

**PHILADELPHIA COMMON PLEAS COURTS, Respondent.**

**No. 129 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent Petitioner seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending filing within 90 days.